UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARLOS JOHN WILLIAMS,

                Plaintiff,

  v.

SGT. JOLLY, SGT. CLINE, C/O ELLIS, C/O MCPHERSON, PAT GLEBE, C. TUCKER, NURSE RIDENOUR, CARE REVIEW COMMITTEE, DOC MEDICAL DIRECTOR KENNY, D. DAHNE, HCM DOMINOSKI, C/O LIBBY,

                Defendants.

No. C13-5515 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) Defendants' Motion to Dismiss (ECF No. 33) is **GRANTED;** Plaintiff's claims against Defendants Care Review Committee, Sgt. Cline, Dennis Dahne, John Dominoski, Cory Ellis, Pat Glebe, Norman Goodenough, Sgt. Jolly, Medical Director Kenney, Carey Tucker, C/O Libby, and C/o McPherson are **Dismissed With Prejudice.**

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

**DATED** this 8th day of November, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1