HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLOS JOHN WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>JOLLY, CLINE, ELLIS, MCPHERSON, PAT GLEBE, C TUCKER, RIDENOUR, CARE REVIEW COMMITTEE, KENNY, D DAHNE, DOMINOSKI, LIBBY, NORMAN GOODENOUGH,<br><br>  Defendant. | CASE NO. C13-5515 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br>(DKT. # 57) |

Currently before the Court is Magistrate Judge Strombom's Report and Recommendation (Dkt. #57) regarding Defendant Karen Ridenour's Motion to Dismiss (Dkt. #29). The Court, having reviewed the Motion, Judge Strombom's Report and Recommendation, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

1. The Court adopts the Report and Recommendation;

2. Defendant Ridenour's Motion to Dismiss (Dkt. #29) is **GRANTED**; Plaintiff's claims against Ridenour are **Dismissed With Prejudice;** and

ORDER ADOPTING REPORT AND
RECOMMENDATION- 1

3. The Clerk is directed to send copies of this Order to Defendant's counsel, Plaintiff's counsel, and to Judge Karen L. Strombom.

Dated this 10th day of December, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE